**SEALED**

# United States District Court

### DISTRICT OF UTAH - NORTHERN DIVISION

UNITED STATES OF AMERICA

V.

**Tishchenko et al**

**WARRANT FOR ARREST**

FILED
U.S. DISTRICT COURT
2019 MAR 18 P 12:52
DISTRICT OF UTAH
DEPUTY CLERK

**CASE NUMBER: 1:16-cr-34-001 DAK**

ORIGINAL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **OLEG MIKHAYLOVICH TISHCHENKO**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information
[ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Conspiracy to Commit an Offense against the U.S., Arms Export Control Act, Smuggling Goods from the US, Attempted Arms Export Control Act & Attempted Smuggling Goods from the US**

in violation of **18:371, 22:2778, 18:554, 22:2778 & 18:554** United States Code.

| | |
|---|---|
| D. Mark Jones | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Julie Wierschem | June 15, 2016 at Salt Lake City, Utah |
| Signature of Issuing Officer | Date and Location |
| By: Julie Wierschem, Deputy Clerk | |

DISTRICT OF UTAH  16 JUN 15 P4:07  RECEIVED UNITED STATES MARSHAL

Bail fixed _____ by _____
                                                Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6-15-16 | T. Kelly | [signature] |
| DATE OF ARREST | D. Olson | |
| 3-15-19 | | |