# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>OLEG MIKHAYLOVICH TISHCHENKO,<br><br>        Defendant. | Case No. 1:16 cr 34DAK<br><br>RELEASE ORDER<br><br>Judge Dale A. Kimball |

The parties stipulate that the defendant may be sentenced without benefit of a pre-sentence report and released into the custody of Homeland Security for self-deportation. The defendant is a Russian National and has been in federal custody for 12 months and 4 days. The defendant does not have a criminal history in the United States and documents provided by the Russian Embassy provide that the defendant does not have a criminal history in Russia. Upon pleading guilty to count 2, ITAR violation, and Count 3, Smuggling, with sentencing to be imposed following the entry of the guilty pleas, the parties stipulate that the defendant is to be released into the custody of Homeland Security agents for transportation to the Salt Lake International Airport for self-deportation.

1. The defendant was paroled into the United States via an extradition order form the Republic of Georgia. The defendant has been in custody for over 1 year.

2. The defendant is ORDERED released from U.S. Marshal's custody at the Federal

courthouse into the custody of Homeland Security Agents.

3. Homeland security is ORDERED to transport the defendant to Salt Lake International Airport to board an International flight from Salt Lake City to Amsterdam, flight # DL 56, continuing on to Moscow, Russia, flight # DL96504.

4. Homeland Security is ORDERED to verify that the defendant boarded the plane and the plane's departure from Salt Lake International Airport.

Dated this 19th day of June 2019.

DALE A. KIMBALL
United States District Court